IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FLORENCE GAINES** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-7081** |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA OFFICE OF INCOME MAINTENANCE** | : | |

## ORDER

**AND NOW**, this 10th day of November 2026, upon considering the Commonwealth's Motion to dismiss (ECF 14) the pro se Complaint (ECF 2), Plaintiff's Opposition (ECF 16), and for the reasons in today's accompanying Memorandum including finding amending this Action against the Commonwealth is futile in this Court given the Commonwealth's immunity while mindful Plaintiff may seek a remedy against identified officials in a separately filed related action, it is **ORDERED** we **GRANT** the Commonwealth's Motion (ECF 14) requiring we:

1. **Dismiss** with prejudice all claims under the:

   a. Americans with Disabilities Act against the Commonwealth;

   b. Pennsylvania Human Relations Act in this Court against the Commonwealth but without prejudice to seek a remedy against the Commonwealth under the Pennsylvania Human Relations Act in state court; and,

2. **Direct** the Clerk of Court **close** this case.

**KEARNEY, J.**